No. 39063.—Protest 941140–G of Archer Rubber Co. (Boston).

Opinion by Keefe, J. On the authority of Abstract 38363 the drums in question were held entitled to free entry.

No. 39064.—Protest 938084–G of T. D. Downing Co. (Boston).

Opinion by Keefe, J. It appeared that salt and pepper shakers were attached and constituted only one piece of merchandise whereas they were assessed as two pieces. The protest was therefore sustained.

No. 39065.—Protest 926861–G of Stone & Downer Co. (Boston).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Baker* v. *United States* (T. D. 48987) the liver meal in question was held free of duty under paragraph 1780 as claimed.

No. 39066.—Protests 877256–G, etc., of R. Roman & Son, Inc., et al. (New York).

Opinion by Keefe, J. On the authority of *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

No. 39067.—Protests 935750–G, etc., of George Ehlenberger & Co., Inc., et al. (New York).

Opinion by Keefe, J. On the authority of *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

No. 39068.—Protests 943800–G, etc., of Andrew Makris & Bros. et al. (New York).

Opinion by Keefe, J. On the authority of *Locatelli* v. *United States* (T. D. 49302) the protests were sustained.

No. 39069.—Protests 941710–G, etc., of S. Alioto & Sons et al. (New York).

Opinion by Keefe, J. On the authority of *Locatelli* v. *United States* (T. D. 48284) the protests were sustained.